Montrell Benard # 30286-076
FCI Victorville #1
P.O. BOX 3725
Adelanto, CA. 92301

RECEIVED
2020 DEC 14 AM 8:23
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
TNWD OF TN MEMPHIS

Re: 2:17-CR-20103-TLP-3

Clerk of The Court,
 I recently file a Motion to reduce sentence due to the Covid-19, can you send me a stamp-file copy and my Docket sheet. JUDGMENT Commitment

Thank you!

Sincerely
Montrell Benard