RECEIVED
2020 DEC 17 AM 6:0

Montrell Benard #30286-076        12/14/2020
FCI Victorville
P.O. Box 3725
Adelanto, CA. 92301

Re: Case No. 2:17-CR-20103-TLP-3

Clerk of the Court,

Will you please include these Exhibits, to my recently Filed Motion To Reduce Sentence § 3582(c)(1) & First Step Act (2018) Covid-19 And also will you return stamped file copy..
Thank you. Also send copy to U.S. Attorney Office.

Sincerely, Montrell Benard

# EXHIBIT



Inmate Name: BENARD, Montrell Ray
Register No.: 30286-076
Unit: B Upper

---

This is in response to your Request for Compassionate Release/Reduction in Sentence, based on the spread of COVID-19 and your medical condition of Bronchitis.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with the general guidance.

The BOP is taking extraordinary measures to contain the spread of COVID-19 and treat any affected inmates. We recognize that you, like all of us, have legitimate concerns and fears about the spread and effects of the virus. However, your concern about COVID-19 does not currently warrant the BOP to make a motion for modification of your sentence to the sentencing judge.

Additionally, RIS consideration may be given to inmates who have been diagnosed with a terminal and incurable disease whose life expectancy is eighteen months or less, progressive illness or who have suffered a debilitating injury from which they will not recover. Your case was reviewed by the Medical Department and determined that although you have medical concerns of Bronchitis, you are not diagnosed with a terminal medical condition whose life expectancy is eighteen months or less, and you do not meet the criteria for a debilitated medical condition at this time. Your medical conditions can be treated in a correctional facility and your physical health does not diminish your ability to function in a correctional setting.

Based upon a review of all of the factors discussed above, I do not find that there are "extraordinary or compelling circumstances" as required by the statute to recommend the Bureau make a motion before your sentencing court seeking a reduction in sentence. Your request for Compassionate Release/Reduction in Sentence is denied. If you are not satisfied with this response to your request, you may commence an appeal of this decision via the Administrative Remedy process.

I trust this addresses your concerns.

_____          11/3/2020
T. Jusino, Warden                  Date

BP-A0148
HSLC 10
**U.S. DEPARTMENT OF JUSTICE**         **INMATE REQUEST TO STAFF** CDFRM         **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) REQUEST TO WARDEN (JUSINO) | DATE: July 22, 2020 |
|---|---|
| FROM: MONTRELL BENARD | REGISTER NO.: 30286-076 |
| WORK ASSIGNMENT: LIBRARY ORDLEY | UNIT: B.UP 404 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request. I'M REQUESTING A COMMPASIONATE RELEASE DUE TO THE RAPID SPREAD OF COVID-19 VIRUS. UNDER THE FIRST STEP ACT SECTION 756. REASON WHY DO TO MY CHRONIC CONDITION. "BRONCHITIS" I ALSO LIVE IN B-UPPER WHERE THE PANDEMIC BROKE LOUSE AND I HAVE CURRENTLY ALREADY HAD TO TAKE 3 TEST.

HERES THE ADDRESS BELOW WHERE I WILL LEAVE WHEN I GET OUT

MONTRELL BENARD
3969 STRAND WAY
PERRIS, CA. 92571

(Do not write below this line)

DISPOSITION:



| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                    Prescribed by N551/

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER       **SECTION 6**



**Individualized Needs Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BENARD, MONTRELL RAY 30286-076

SEQUENCE: 02069740
Team Date: 10-22-2020

| | |
|---|---|
| Facility: | VIM VICTORVILLE MED I FCI |
| Name: | BENARD, MONTRELL RAY |
| Register No.: | 30286-076 |
| Age: | 38 |
| Date of Birth: | 05-09-1982 |

| | |
|---|---|
| Proj. Rel. Date: | 01-04-2026 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | FTW06947 / 08-17-2017 |

326

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Pending Charges

DUI-Drug/ Unlicensed Driver; Los Angeles Sheriff's Dept. Lakewood, CA; Warrant issued; remains active.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VIM | ED EDUC | EDUCATION WORK DETAIL | 07-01-2020 |
| VIM | UNASSGN | UNASSIGNED NEW INMATES | 09-02-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| VIM | ESL HAS | ENGLISH PROFICIENT | 10-23-2019 |
| VIM | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-09-2020 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| VIM | C | CIRCLES CLASS | 01-19-2020 | 03-18-2020 |
| VIM | C | RPP FCC AIDS AWARENESS (C1) | 10-24-2019 | 10-24-2019 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 08-18-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 10-06-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-RCVRD | COVID-19 RECOVERED | 08-13-2020 |
| NO PAPER | NO PAPER MEDICAL RECORD | 08-18-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 08-29-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 08-29-2017 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 12-12-2019 |
| NR WAIT | NRES DRUG TMT WAITING | 12-12-2019 |

### FRP Details

Most Recent Payment Plan

**FRP Assignment:** PART   FINANC RESP-PARTICIPATES   Start: 10-23-2019
**Inmate Decision:** AGREED   $25.00   Frequency: QUARTERLY
Payments past 6 months: $50.00   Obligation Balance: $0.00

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status | |
|---|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
| | | 09-12-2020 | VIM | PAYMENT | INSIDE PMT | $25.00 |

Sentry Data as of 10-19-2020   Individualized Needs Plan - Program Review   (Inmate Copy)   Page 1 of 3



**Individualized Needs Plan - Program Review (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BENARD, MONTRELL RAY 30286-076

SEQUENCE: 02069740
Team Date: 10-22-2020

### Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| | | Adjustments: Date Added | Facl | Adjust Type | Reason | Amount |
| | | 06-12-2020 | VIM | PAYMENT | INSIDE PMT | $25.00 |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $ N/A     Payments commensurate ?  N/A

New Payment Plan:  ** No data **

### Progress since last review

Maintained a job assignment.

### Next Program Review Goals

Enroll in LDN Recreation and Truth about Drugs. Maintain clear conduct.

### Long Term Goals

Complete LDN Recreation and Truth about Drugs. Enroll in Cage your Rage. Maintain job assignment.

### RRC/HC Placement

No.
Management decision - 17-19 months prior to PRD.

### Comments

** No notes entered **