

**Thomas M. Gould**

*Clerk of Court*

# United States District Court
# Western District of Tennessee

| | |
|---|---|
| **Federal Building**<br>**167 North Main Street, Suite 242**<br>**Memphis, Tennessee 38103**<br><br>*901-495-1200 (Telephone)*<br>*901-495-1250 (Facsimile)* | **Federal Building**<br>**111 South Highland, Room 262**<br>**Jackson, Tennessee 38301**<br><br>*731-421-9200 (Telephone)*<br>*731-421-9210 (Facsimile)* |

Date: ___November 10, 2021_____

NOTICE:    Retrieval of Exhibits in Case Number: ___2:17cr20103 & 17-20151___

Dear Counsel:

Our records indicate a final determination of the above case has been entered.

Local Rule 79.1(c) of the United District Court for the Western District of Tennessee specifies:

> After the final determination of any action, counsel shall have 30 days within
> which to withdraw exhibits in the clerk's custody. In the event the exhibits are
> not so withdrawn, the clerk shall destroy or otherwise dispose of said exhibits.

You are advised the exhibits in this case may be retrieve by contacting the case processing
staff at 901-495-1200. **Such arrangements must be made within 10 days from receipt of this
notice. Following that date, absent communication from you, the exhibits will be destroyed.**

**PLEASE REVIEW ATTACHED LIST.**

Destruction date: ___November 23, 2021_____

Your cooperation is appreciated.

Sincerely,

Thomas M. Gould
Clerk of Court

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     TENNESSEE

UNITED STATES OF AMERICA

V.

**RAHEYM JONES**

## EXHIBIT AND WITNESS LIST

Case Number: 2:17cr20103/17cr20151 TLP

| PRESIDING JUDGE Diane K. Vescovo | | | PLAINTIFF'S ATTORNEY Mark Erskine | | | DEFENDANT'S ATTORNEY Jack Irvine |
|---|---|---|---|---|---|---|
| **TRIAL DATE (S)** November 20, 2018 | | | **COURT REPORTER** FTR | | | **COURTROOM DEPUTY** Chris Sowell |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | * DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| 1 | | 11/20/18 | | √ | √ | Affidavit of Complaint |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     DISTRICT

UNITED STATES OF AMERICA
V.
FRED MCCASTER, JR.

## EXHIBIT AND WITNESS LIST

Case Number  2:17-20103 & 2:17-20151

| | PRESIDING JUDGE JOHN T. FOWLKES, JR. | | | | PLAINTIFF'S ATTORNEY Kevin Whitmore | DEFENDANT'S ATTORNEY Jonathan Thomas Mosley |
|---|---|---|---|---|---|---|
| | HEARING DATE(S): September 8, 2017 | | | | COURT REPORTER Lynn Dudley | COURTROOM DEPUTY Ross Herrin |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| √ | | 09/08/2017 | √ | | | Spc Agt. Christopher Brent Beavers - ATF |
| 1 | | 09/08/2017 | | √ | √ | Post Office Spreadsheet – Tracking #'s, Shipping Addresses & Indicated Seized Packages |
| | | | | | | *s/Ross Herin* D.C. *September 8, 2017* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     1     Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### WESTERN   DISTRICT OF   DISTRICT

UNITED STATES OF AMERICA
V.
FRED MCCASTER, JR.

## EXHIBIT AND WITNESS LIST

Case Number:  2:17-20103 & 2:17-20151

| | PRESIDING JUDGE<br>JOHN T. FOWLKES, JR. | | | | PLAINTIFF'S ATTORNEY<br>Kevin Whitmore | DEFENDANT'S ATTORNEY<br>Jonathan Thomas Mosley |
|---|---|---|---|---|---|---|
| | HEARING DATE(S):<br>September 8, 2017 | | | | COURT REPORTER<br>Lynn Dudley | COURTROOM DEPUTY<br>Ross Herrin |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| √ | | 09/08/2017 | √ | | | Spc Agt. Christopher Brent Beavers - ATF |
| 1 | | 09/08/2017 | | √ | √ | Post Office Spreadsheet – Tracking #'s, Shipping Addresses & Indicated Seized Packages |
| | | | | | | *s/Ross Herin* D.C.  *September 8, 2017* |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN                    DISTRICT OF                    TENNESSEE

UNITED STATES OF AMERICA

V.
**CLYDE WADE, III**

## EXHIBIT AND WITNESS LIST

Case Number:  2:17cr20103-9 JTF

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Tu M. Pham | | | | | Kevin Whitmore | Gray Bartlett |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| July 3, 2017 | | | | | FTR | Chris Sowell |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | * DESCRIPTION OF EXHIBIT AND WITNESSES* |
| 1 | | 7/3/17 | | √ | √ | Spreadsheet - List of Packages |
| 2 | | 7/3/17 | | √ | √ | Photos(4) of Package |
| 3 | | 7/3/17 | | √ | √ | Photos(3) of Search Warrant and Contents of Package |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     TENNESSEE

United States of America

V.

Montrell Ray Benard

## EXHIBIT AND WITNESS LIST

Case Number:  2:17CR20103-03-TLP

| PRESIDING JUDGE THOMAS L. PARKER | PLAINTIFF'S ATTORNEY(S) Kevin Whitmore | DEFENDANT'S ATTORNEY(S) Dewun Settle |
| --- | --- | --- |
| PROCEEDING/DATE: Sentencing: 8/28/2019 | COURT REPORTER Cathy Best | COURTROOM DEPUTY Milton Knox |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| | 1 | 8/28/2019 | √ | √ | Collective: 1 letter from defendant; 2 letters on behalf of defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | s/Joseph Warren, 9/3/2019 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN          DISTRICT OF          TENNESSEE

UNITED STATES OF AMERICA

## EXHIBIT AND WITNESS LIST

V.

JOHN SHIELDS

Case Number:  17-20103-007 - 17-20151-007

| PRESIDING JUDGE Thomas L. Parker | | | | PLAINTIFF'S ATTORNEY(S) Kevin Whitmore and Mark Erskine | DEFENDANT'S ATTORNEY(S) Andre Mathis |
|---|---|---|---|---|---|
| PROCEEDING/DATE: Sentencing: 12/4/2019 | | | | COURT REPORTER Cathy Best | COURTROOM DEPUTY Milton L. Knox |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | 12/4/2019 | √ | √ | Spread sheet showing drug deliveries. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | s/ Milton Knox   12/4/2019 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.